IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ESTATE OF RAPHAEL COSTOBILE-FULGINITI | : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA, et al | : | NO. 08-1752 |

## ORDER

**AND NOW**, this 15th day of June, 2010, upon consideration of Defendants' Motion for Summary Judgment, the response filed in opposition, and after oral argument, it is hereby **ORDERED** that Defendant's Motion (Doc. No. 26) is **GRANTED**. All of Plaintiff's claims are dismissed.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**